

FORM B1
(Official Form 1) (9/97)

| UNITED STATES BANKRUPTCY COURT | Newark DISTRICT OF New Jersey | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): <br> Manyfoods, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): <br> 22-166582 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): <br> 831-20 Route 10 <br> Pine Plaza <br> Whippany, NJ 07981 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the Principal Place of Business: <br> Morris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (If different from addresses listed above) | 4 Union Ave., Wanaque, NJ <br> 654 Westwood Ave., River Vale, NJ <br> Ridgedale & Hanover Aves, Cedar Knolls, NJ |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue:** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-business
- [x] Business

**Filing Fee** (Check one box)
- [x] Filing fee attached.
- [ ] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

**Chapter 11, Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information (Estimates Only)**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Assets** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**Estimated Debts** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

(Official Form 1) (9/97)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Manyfoods, Inc. | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
Date:

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
Paul S. Hollander
Printed Name of Attorney for Debtor(s)
Okin Hollander & DeLuca, LLP
Firm Name
One Parker Plaza
Address
Fort Lee, NJ 07024

201-947-7500
Telephone Number
Date: 5/29/02

**Signature(s) of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

William Louttit
Print or Type Name of Authorized Individual

President
Title of Authorized Individual by Debtor to File this Petition
Date:

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   _____
Signature of Attorney for Debtor(s)         Date

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
(Newark Vicinage)

In re:                                                                                   **Chapter 11**
    **Manyfoods, Inc.,**                                                    Case No. _____
    **Debtor and Debtor-in-Possession.**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name Of Creditor And Complete Mailing Address Including Zip Code | (2) Name, Telephone Number And Complete Mailing Address, Including Zip Code Of Employee, Agent, Or Department Of Creditor Familiar With Claim | (3) Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) C U D S* | (5) Amount Of Claim (if secured also state value of security**) |
|---|---|---|---|---|
| Amerisourcebergen<br>PO Box 8500-41950<br>Philadelphia, PA 19178<br>(800) 562-2526 | Billing | Trade | C<br>D | $64,275.00 |
| Bozutto<br>Schoolhouse Rd.<br>Cheshire, CT 06410<br>(203) 272-3511 | | | D | $90,253.00 |
| Edy's Grand Ice Cream<br>PO Box 75846<br>Charlotte, NC 28275-0846 | Attn: Leo Glynn | Trade | U | $93,964.00 |
| Fleet National Bank<br>301 Carnegie Center<br>Princeton, NJ 08543 | Attn: Joshua Podeitz | Bank Loan | D<br>C | $3,990,967.00<br>Secured amt: undetermined |
| Foodtown Inc.<br>215 Blair Road<br>Avenel, NJ 07001<br>(732) 596-6000 | Attn: Peter Lavoy | | C<br>U | $450,464.00 |
| Glendale Florist<br>383 South Street<br>Morristown, NJ 07960 | Billing | Trade | U | $65,240.00 |

    *     (4) C U D S" If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.

    **    Value of secured portion of claim. Secured portion of claim subject to adjustment upon valuation and further analysis and determination of priority.

Page 1 of 3

| (1) Name Of Creditor And Complete Mailing Address Including Zip Code | (2) Name, Telephone Number And Complete Mailing Address, Including Zip Code Of Employee, Agent, Or Department Of Creditor Familiar With Claim | (3) Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | (4) C U D S* | (5) Amount Of Claim (if secured also state value of security**) |
|---|---|---|---|---|
| Glikin Bros. Inc.<br>2 Joseph Street<br>Newark, NJ 07105-5279 | Attn: Jeff Michaelson | | U | $148,832.00 |
| GS Distribution Company<br>3600 South Lawrence St<br>Philadelphia, PA 19148 | Attn: Counsel | Trade | D<br>C | $296,546.00<br><br>Secured amt: undetermined |
| Imperial Distributors Inc.<br>PO Box 4797<br>Boston, MA 02212 | Attn: Herb Paige | Trade | U | $166,059.00 |
| Jersey Central Power & Light<br>PO Box 3687<br>Akron, OH 44309-3687 | Billing | Utility | U | $82,000.00 |
| Mendham Investments<br>PO Box 172<br>Whippany, NJ 07981 | Credit | Loan | U | $2,981,956.00 |
| Nicholas Markets<br>195 Browertown Road<br>West Paterson, NJ 07424 | Attn: David Maniachi | | U | $442,450.00<br><br>Secured amt: undetermined |
| Parmalat USA Milk<br>PO Box 7247-8996<br>Philadelphia, PA 19170-8996 | Attn: Frank Ferante | Trade | U | $91,522.00 |
| Pike Realty<br>171 5th Avenue<br>Paterson, NJ 07524<br>(973) 278-0149 | Attn: Jeff Abrams | Rent | | $119,000.00 |
| Porky Products<br>PO Box 18057<br>Newark, NJ 07191 | Billing | Trade | U | $355,612.00 |
| PRIMO<br>2100 Hoover Avenue<br>Allentown, PA 18109<br>(610) 264-5000 | Billing | Trade | D<br>C | $125,935.00 |
| Schenck, Price, Smith & King<br>10 Washington Street<br>Morristown, NJ 07963-0905 | Attn: Thomas Craig, Esq. | Legal | U | $72,002.00 |

\*       (4) C U D S" If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.

\*\*      Value of secured portion of claim. Secured portion of claim subject to adjustment upon valuation and further analysis and determination of priority.

| (1)<br>*Name Of Creditor And Complete Mailing Address Including Zip Code* | (2)<br>*Name, Telephone Number And Complete Mailing Address, Including Zip Code Of Employee, Agent, Or Department Of Creditor Familiar With Claim* | (3)<br>*Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | (4)<br>C U D S* | (5)<br>*Amount Of Claim (if secured also state value of security**)* |
|---|---|---|---|---|
| State of NJ Sales & Use Tax PO Box 999 Trenton, NJ 08646-0999 | Billing | Govt. | U | $481,792.00 |
| State of NJ UI, WF & HC PO Box 633 Trenton, NJ 08646-0633 | Billing | Govt. | U | $89,000.00 |
| Stop & Shop PO Box 5-0667 Woburn, NJ 01815-0667 (617) 770-8162 | | Lease | U | $164,239.00<br><br>Secured amt: undetermined |

\*       (4) C U D S" If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.

\*\*     Value of secured portion of claim. Secured portion of claim subject to adjustment upon valuation and further analysis and determination of priority.

Page 3 of 3

F:\OCH\ManyFoods\Pldgs\20 largest creditors.doc

Debtor:    MANYFOODS, INC.

Case No.:

Caption:  Verification of Schedule of 20 Largest Unsecured Creditors

## VERIFICATION OF LIST OF 20 LARGEST CREDITORS

I hereby certify under penalty of perjury that the attached 20 Largest List of Unsecured Creditors which consist of 1 page, is true, correct and complete to the best of my knowledge.

Date:  May 28, 2003                    Signature: _____
                                            William Lauttit
                                            President

# CERTIFICATE OF CORPORATE RESOLUTIONS OF BOARD OF DIRECTORS OF MANYFOODS, INC.

I, William Lauttit, the President of Manyfoods, Inc., a New Jersey corporation (the "Corporation"), do hereby certify that by unanimous vote of the Board of Directors of the Corporation, on May 28, 2003, the following resolutions were adopted and recorded in the minute book of the Corporation, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interest of the Corporation, its creditors, stockholders and other interested parties, that the Corporation file a voluntary petition for relief under chapter 11 of title 11, United States Code (the "Petition"), to commence a chapter 11 case for the Corporation;

"FURTHER RESOLVED, that the Corporation shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition; (ii) to consent to the entry of an order for relief in an involuntary commenced chapter 11 case, if any; or (iii) to convert an involuntarily commenced chapter 7 case, if any, to a case under chapter 11, and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

"FURTHER RESOLVED, that the Chairman of the Board, Chief Executive Officer, the President, the Chief Financial Officer, the Controller, and the Vice President-Finance, together with any Secretary of the Corporation (collectively, the "Designated Officers"), be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to execute and verify the Petition and to cause the same to be filed with the Bankruptcy Court of the United States District Court for the District of New Jersey at such time as the officer executing said Petition on behalf of the Corporation shall determine;

"FURTHER RESOLVED, that the Designated Officers be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, (i) to execute and file on behalf of the Corporation all petitions, schedules, lists, motions, applications, reports and other papers or documents necessary or desirable in connection with the chapter 11 case, and to take any and all actions which they may deem necessary or proper in connection with the chapter 11 case of the Corporation, (ii) to execute (a) a consent to the entry of an order for relief in an involuntary commenced chapter 11 case, if any, or (b) a request for conversion of an involuntarily commenced chapter 7 case, if any, to a case under chapter 11;

"**FURTHER RESOLVED,** that the Designated Officers be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to retain and employ Okin, Hollander & DeLuca, L.L.P. to represent the Corporation as its counsel in connection with the Corporation's chapter 11 case, and to retain and employ such other legal, financial and other professionals as they may deem necessary or proper with a view to the successful prosecution of such chapter 11 case;

"**FURTHER RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Corporation, each of the officers of the Corporation be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name and on behalf of the Corporation, to do our cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Corporation to carry out the intent and to accomplish the purpose of the foregoing resolutions; and

"**FURTHER RESOLVED,** that all actions heretofore taken by any officer or director of the Corporation in connection with the foregoing resolutions be, and they hereby are, confirmed, ratified and approved in all respects.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed the seal of the Corporation this 29th day of May, 2003.

Name: William Louttit
Title: President

F:\OCH\ManyFoods\Misc\Board Resolution.doc