**HOWARD S. GREENBERG**
**RAVIN GREENBERG** PC
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-1500
HSG8559

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| MANYFOODS, INC., <br> A New Jersey Corporation, | : | Case No. 03-27989/DHS |
| Debtor. | : | |

## APPLICATION AUTHORIZING EMPLOYMENT OF COUNSEL FOR
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## <u>NUNC PRO TUNC JUNE 12, 2003</u>

TO:     THE HONORABLE DONALD H. STECKROTH,
        UNITED STATES BANKRUPTCY JUDGE

The Application of the Official Committee of Unsecured Creditors (hereinafter referred to as the "Committee"), by and through its proposed counsel, Ravin Greenberg PC, respectfully represents:

1.    Your Applicants are Attorneys at Law of the State of New Jersey having their offices located at 101 Eisenhower Parkway, Roseland, New Jersey 07068.

2.    Your Applicants further show that a meeting for the purpose of forming the Committee was convened by the Office of the United States Trustee on Wednesday, June 12, 2003. At that time, the Committee authorized the employment of your Applicant's firm as Counsel to the Committee.

3. At the present time, the names of the attorneys in your Applicant's firm, the date each was admitted to the Bar and their respective billing rates are as follows:

| ATTORNEY | YEAR OF ADMISSION | PRESENT RATE |
|---|---|---|
| Nathan Ravin | 1947 | $450.00 |
| Howard S. Greenberg | 1968 | 495.00 |
| Stephen B. Ravin | 1979 | 375.00 |
| Allan M. Harris | 1965 | 375.00 |
| Bruce J. Wisotsky | 1978 (PA) 1985 (NJ) | 360.00 |
| Larry Lesnik | 1974 | 345.00 |
| Morris S. Bauer | 1989 (NY) 1990 (NJ) | 335.00 |
| Brian L. Baker | 1994 | 240.00 |
| Sheryll S. Tahiri | 1998 (MA) 1999 (NJ) | 215.00 |
| Chad B. Friedman | 2001 | 190.00 |

4. Your Applicants further show that to the best of their knowledge, they have no adverse interest in this matter which would disqualify them from serving as Counsel to the Committee herein.

WHEREFORE, your Applicants respectfully request the entry of the annexed Order approving the employment by the Committee of Unsecured Creditors of Ravin Greenberg PC as its Counsel Nunc Pro Tunc June 12, 2003.

RAVIN GREENBERG PC

DATED: June 13, 2003          By /s/ Howard S. Greenberg
                                 HOWARD S. GREENBERG

P:\Manyfoods\Retention.APP
06/13/03

- 2 -